KATE LUDWIG, Respondent, v. GEORGE HERMANN, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

JENNIE SKILLON v. NEW YORK RAILWAYS COMPANY.— Motion granted, unless appellant complies with terms of order. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

BESSIE ISHIE v. A. E. NORTON COMPANY.— Motion granted, unless appellant complies with terms of order. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

In the Matter of BOHR, Deceased.— Motion granted, unless appellant complies with terms of order. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

JOSEPH P. BATTLES v. WILLIAM S. McCLEVEY and Others.— Motion denied. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

SARA A. G. CHAPMAN v. WILLIAM P. WEISS.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

E. VOGEL, INC., v. MERCANTILE LUNCH COMPANY.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

REALTY ADVERTISING AND SUPPLY COMPANY v. RICHARD J. HICKSON.— Application granted. Order signed. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

In the Matter of ELIZA S. KERNOCHAN.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

HERMAN STEINER v. AMERICAN ALCOHOL COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

J. MONROE COLEMAN v. ABRAHAM STEIN.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

THE CITY OF NEW YORK v. FIFTH AVENUE COACH COMPANY.— Motion granted. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

GRACE HUMISTON v. UNIVERSAL FILM MANUFACTURING COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

SARAH BOLLARD v. NEW YORK LIFE INSURANCE COMPANY.— Motion granted. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

ELFRIEDE L. BARDEN v. NEW YORK CENTRAL RAILROAD COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

GEORGE H. DIEHL, JR., v. AMALIE M. BECKER.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.